■ In the Matter of PASQUALE DIMINICO, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

■ In the Matter of ROSE FACCANI, Respondent, v. SALVATORE FACCANI, Appellant. —

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.